Home Warranty Division
Private & Confidential

2024

Time Sensitive

CUSTOMER ID: USX7879004
EXPIRATION DATE: 06/06/2024

********** RESPONSE TO THIS NOTICE REQUESTED********

Lender Info: FANNIE MAE MORTGAGE*

365-23

[redacted]

## *IMMEDIATE RESPONSE REQUESTED*

ATTENTION: [redacted]

It is important you contact our office at **1-800-620-5917** upon receiving this notice to avoid *any unnecessary delays in your* coverage before 06/06/2024.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

You are receiving this notice because your property's home warranty at [redacted]
Secured by FANNIE MAE MORTGAGE* may be expiring or may have already expired.

Please call immediately as this will be our final attempt to notify you about activating your Home Warranty.

Failure to call and prevent a potential lapse of coverage could result in you being liable for all costs associated with any home repairs. However you still may have time left to activate a warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

We Reserve the right to revoke your eligibility for service coverage after the Expiration Date of 06/06/2024. **Please respond immediately by calling 1-800-620-5917.**

Sincerely,

*Bill Warner*

Bill Warner
Program Director
1-800-620-5917

Operating Hours: Monday - Friday 8:00 am to 9:00 pm EST and Saturday 11:00 am to 5:00 pm EST.

Please Call 800-620-5917 Se Habla Español: 800-545-0474

Refer to Customer ID: USX7879004

Please be advised that the amount you spend on your home repairs and maintenance will continue to increase over time. That means that the average cost to fix or replace your Air Conditioner, Refrigerator, Hot Water Heater, furnace, Appliances, and others will only increase with the age of your home

Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.
US Home Guard LLC 931 Main Plaza Dr. Wentzville, MO 63385 FL license #W61887 Administered by Warranty Global Group.