US HOME GUARD
Home Warranty Division

**IMMEDIATE RESPONSE TO THIS NOTICE REQUESTED**

**TIME SENSITIVE**

| | |
|---|---|
| Notice Date: | 04/11/2022 |
| ADDRESS: | [redacted] |
| Customer ID: | [redacted] |
| Contact Phone: | 1-800-862-5205 |
| **Respond By:** | **04/27/2022** |

**Lender Info: FANNIE MAE MORTGAGE**

To The Order Of [redacted]

3hh-44

Call to verify the above information
**Before the respond date expires!**
Read below for more information

## IMMEDIATE RESPONSE REQUESTED

ATTENTION [redacted]

Customer ID: UGW9144889

This letter is to infonn you that the property's home warranty, at [redacted] cured by FANNIE MAE MORTGAGE, may be [redacted] r may have already [redacted] xpired. Our [redacted] cords indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

**Please Call IMMEDIATELY as this will be our FINAL ATTEMPT TO NOTIFY YOU 1-800-862-5205**

Without a home warranty in place, you are at risk of being financially liable for any and all repairs. However, you still may have time left to activate a Warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

We reserve the right to revoke your eligibility for service coverage after 5 days.

PHONE: 1-800-862-5205

PLEASE RESPOND BY: 04/27/2022

| NO FINANCE CHARGES APPLY TO THIS OFFER | |
|---|---|
| **EXTREMELY URGENT & TIME SENSITIVE - IMMEDIATE RESPONSE REQUESTED** | |
| Please be advised that the amount you spend on home repairs and maintenance will continue to increase over time. That means that the average cost to fix or replace your Air Conditioner, Hot Water Heater, Furnace, Appliances, and others will only increase with the age of your home. | |
| Types of Coverages Available | Examples of Repair/Replacement Costs |
| 1. Comprehensive Coverage<br>2. Enhanced Coverage<br>3. Protection Available Through 2025 | Air Conditioner - $2,390 / $7,134<br>Hot Water Heater - $140 / $889<br>Furnace - $2,442 / $5,780<br>Refrigerator - $350 / $820 |

Operating Hours: Monday - Friday 5:00am to 6:00pm PST - Saturday 8:00am to 2:00pm PST

**Se Habla Español 1-800-874-5403**

*Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.*
*Home Warranty Administered by Marathon Group.*

000122132