Home Warranty Division
Private & Confidential

2025

CUSTOMER ID: [redacted]
EXPIRATION DATE: 03/06/2025

Final
Notice

Please Call 877-499-4406
Se Habla Español: 877-515-1430

********** RESPONSE TO THIS NOTICE REQUESTED**********

**Lender Info:** FANNIE MAE MORTGAGE®

102-14

[redacted]

## RESPONSE TO THIS NOTICE REQUESTED

ATTENTION: [redacted]

It is important you contact our office at **1-877-499-4406** upon receiving this notice to avoid any unnecessary delays in your coverage before 03/06/2025.

This notice is to inform you that the property's home warranty at [redacted] Secured by FANNIE MAE MORTGAGE®, may be expiring or may have already expired.

Our records indicate that you have not contacted us yet to get your Home Warranty up to date.

Please call immediately as this will be our final attempt to notify you about activating your Home Warranty.

Failure to call and prevent a potential lapse of coverage could result in you being liable for all costs associated with any home repairs. However you still may have time left to activate a warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

We Reserve the right to revoke your eligibility for service coverage after the Expiration Date of 03/06/2025. **Please respond immediately by calling 1-877-499-4406.**

Sincerely,

*Andrew Thompson*

Andrew Thompson
Program Director
1-877-499-4406

Operating Hours: Monday - Friday 7:00 am to 7:00 pm CST and Saturday 9:00 am to 2:00 pm CST.

Please Call 877-499-4406 Se Habla Español: 877-515-1430

Refer to Customer ID: [redacted]

Please be advised that the amount you spend on your home repairs and maintenance will continue to increase over time. That means that the average cost to fix or replace your Air Conditioner, Refrigerator, Hot Water Heater, furnace, Appliances, and others will only increase with the age of your home.

Not all consumers have previous coverage. Superior Home Protection is not affiliated with your current mortgage holder.
Home Warranty Administered by Warranty Global Group.

000043631