Home Protection Division
Private & Confidential

2025

Final Notice

**CUSTOMER ID:** BHM2311324
**EXPIRATION DATE:** 02/25/2025

Please Call 833-932-0551
Se Habla Español: 833-560-5655

********** RESPONSE TO THIS NOTICE REQUESTED**********

**Lender Info:** FANNIE MAE MORTGAGE®

164-10

[redacted]

## IMMEDIATE RESPONSE REQUESTED

ATTENTION: [redacted]

It is important you contact our office at **1-833-932-0551** upon receiving this notice to avoid any unnecessary delays in your coverage before 02/25/2025.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

You are receiving this notice because your property's home warranty at [redacted] 14060-9700 Secured by FANNIE MAE MORTGAGE®, may be expiring or may have already expired.

Please call immediately as this will be our final attempt to notify you about activating your Home Warranty.

Failure to call and prevent a potential lapse of coverage could result in you being liable for all costs associated with any home repairs. However you still may have time left to activate a warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

*We Reserve the right to revoke your eligibility for service coverage after the Expiration Date of 02/25/2025.*
***Please respond immediately by calling 1-833-932-0551.***

Sincerely,

Cal Varnson

Cal Varnson
Program Director
1-833-932-0551

Operating Hours: Monday - Friday 7:00 am to 7:00 pm CST and Saturday 9:00 am to 2:00 pm CST.

Please Call: 833-932-0551 Se Habla Español: 833-560-5655

Refer to Customer ID: BHM2311324

Please be advised that the amount you spend on your home repairs and maintenance will continue to increase over time. That means that the average cost to fix or replace your Air Conditioner, Refrigerator, Hot Water Heater, furnace, Appliances, and others will only increase with the age of your home.

**Open Normal Business Hours on Monday, Feb., 17th Presidents Day**

Not all consumers have previous coverage. Oasis Home Protection is not affiliated with your current mortgage holder.
Home Warranty Administered by Warranty Global Group.

000002967