Official Business
Penalty for Private Use $300
FORM 9550-WARR

Notice Date: 09/12/2025
Owner's ID: [redacted]
Warranty Dept: 1-833-932-0551
Se Habla Español: 1-833-560-5655
**Policy Offer Expire Date: 09/23/2025**

# FINAL NOTICE:

## IMMEDIATE RESPONSE NEEDED

**Secured By: **FANNIE MAE MORTGAGE® - PLEASE CALL TO VERIFY****

**We need you to call today about an urgent matter regarding your property.**

386-10

[redacted]

**ATTENTION:** [redacted]
**RESIDING AT:** [redacted]

This Notice is to inform you that **we have been trying to contact you and have not been able to**, regarding the property's home warranty at [redacted], secured by **FANNIE MAE MORTGAGE® - PLEASE CALL TO VERIFY**. **Please contact us Immediately to Verify your information.**

Our records indicate that you have not **CALLED US YET**, to verify that your home warranty is still in place and protecting you. Your Home warranty may have already expired, if it has, you will be financial liable for any and all repairs needed for your home.

**Failure to call** us By the Expiration Date of September 23rd, 2025, may result in a lapse of coverage. We reserve the right to revoke your eligibility for service coverage. Please contact us immediately upon receiving this letter as **it will be our final attempt to contact you before we close the file on this property.**

Based on your mortgage lender's requirements for your current loan, you may be required to have a home warranty in place at all times to stay in compliance.

**REGISTRATION IS REQUIRED** for Continued protection. Call Now 1-833-932-0551 For Uninterrupted service before it is too late and your expiration date expires leaving your home at Risk of expensive repairs and /or product replacement.

**Operating Hours:** Monday - Friday 7:00 am to 7:00 pm CST and Saturday 9:00 am to 2:00 pm CST.

Please Call 1-833-932-0551 Se Habla Español: 1-833-560-5655

**Refer to Property Code:** [redacted]

Please be advised that without home warranty coverage, the amount you spend on home repairs and maintenance will continue to increase over time. This means the average cost to fix your Air conditioner, water heater, electrical, appliances and other items will only increase with the age of your home. **<u>You still may have time</u>** to activate or continue your current home warranty coverage before you are financially liable, if you contact us by the expire date of September 23rd, 2025 to verify your information. Please speak with our licensed service specialists today. Not all recipients have previous coverage. This will be our **FINAL ATTEMPT TO NOTIFY YOU.** Contact us today!

*Not all consumers have previous coverage. Oasis Home Protection is not affiliated with your current mortgage holder.*

000118656